# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division − Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:26−cv−03135−WLH−RAO

Erie Insurance Company v. The Cincinnati Insurance Company
Assigned to: Judge Wesley L. Hsu
Referred to: Magistrate Judge Rozella A. Oliver
Cause: 28:1332 Diversity−Insurance Contract

Date Filed: 03/24/2026
Date Terminated: 06/23/2026
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Erie Insurance Company**

represented by **David A. Gauntlett**
Gauntlett Law
5 Pelican Vista Drive
Newport Coast, CA 92657
949−553−1010
Fax: 949−533−2050
Email: info@gauntlettlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A Lowe**
Gauntlett and Associates
5 Pelican Vista Drive
Newport Beach, CA 92657
949−553−1010
Fax: 949−553−2050
Email: jal@gauntlettlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Cincinnati Insurance Company**

represented by **Larry M. Arnold**
Cummins and White LLP
2424 SE Bristol Street, Suite 300
Newport Beach, CA 92660−0764
949−852−1800
Fax: 949−852−8510
Email: larnold@cwlawyers.com
*ATTORNEY TO BE NOTICED*

**Tony Jay−Lun Cheng**
Cummins and White, LLP
2424 SE Bristol Street, Suite 300
Newport Beach, CA 92660
949−852−1800
Fax: 949−852−8510
Email: tcheng@cwlawyers.com
*ATTORNEY TO BE NOTICED*

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2026 | Ï 1 | COMPLAINT Receipt No: ACACDC−41810602 − Fee: $405, filed by Plaintiff Erie Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9) (Attorney David A. Gauntlett added to party Erie Insurance Company(pty:pla))(Gauntlett, David) (Entered: 03/24/2026) |
| 03/24/2026 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Erie Insurance Company. (Gauntlett, David) (Entered: 03/24/2026) |
| 03/24/2026 | Ï 3 | NOTICE of Interested Parties filed by Plaintiff Erie Insurance Company, (Gauntlett, David) (Entered: 03/24/2026) |
| 03/24/2026 | Ï 4 | NOTICE of Related Case(s) filed by Plaintiff Erie Insurance Company. Related Case(s): 2:24−cv−08002 (Gauntlett, David) (Entered: 03/24/2026) |
| 03/24/2026 | Ï 5 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Erie Insurance Company. (Gauntlett, David) (Entered: 03/24/2026) |
| 03/27/2026 | Ï 6 | NOTICE OF ASSIGNMENT to District Judge Wesley L. Hsu and Magistrate Judge Rozella A. Oliver. (et) (Entered: 03/27/2026) |
| 03/27/2026 | Ï 7 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (et) (Entered: 03/27/2026) |
| 03/27/2026 | Ï 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (et) (Entered: 03/27/2026) |
| 03/27/2026 | Ï 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant The Cincinnati Insurance Company. (et) (Entered: 03/27/2026) |
| 04/09/2026 | Ï 10 | ORDER RE TRANSFER to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. (Related Case) filed. Transfer of case declined by Judge Christina A. Snyder, for the reasons set forth on this order. Related Case No. 2:24−cv−08002−CAS−PDx. (lh) (Entered: 04/09/2026) |
| 04/14/2026 | Ï 11 | STANDING ORDER FOR CASES ASSIGNED TO JUDGE WESLEY L. HSU upon filing of the complaint by Judge Wesley L. Hsu. (lca) (Entered: 04/14/2026) |
| 04/21/2026 | Ï 12 | PROOF OF SERVICE Executed by Plaintiff Erie Insurance Company, upon Defendant The Cincinnati Insurance Company served on 4/10/2026, answer due 5/1/2026. Service of the Summons and Complaint were executed upon The Cincinnati Insurance Company in compliance with Federal Rules of Civil Procedure by substituted service at business address and by also mailing a copy (Gauntlett, David) (Entered: 04/21/2026) |
| 05/01/2026 | Ï 13 | ANSWER to Complaint (Attorney Civil Case Opening), 1 filed by Defendant The Cincinnati Insurance Company.(Attorney Tony Jay−Lun Cheng added to party The Cincinnati Insurance Company(pty:dft))(Cheng, Tony) (Entered: 05/01/2026) |
| 05/01/2026 | Ï 14 | NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Tennessee filed by Defendant The Cincinnati Insurance Company. Motion set for hearing on 6/26/2026 at 01:30 PM before Judge Wesley L. Hsu. (Attachments: # 1 Declaration Declaration of Tony J. Cheng in Support of Defendant's Motion to Transfer, # 2 Exhibit Request for Judicial Notice in Support of Defendant's Motion to Transfer, # 3 Proposed Order Proposed Order re Defendant's Motion to Transfer) (Cheng, Tony) (Entered: 05/01/2026) |

| | | |
|---|---|---|
| 05/01/2026 | Ï 15 | ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE by Judge Wesley L. Hsu. A Scheduling Conference is set for 6/5/2026 at 01:00 PM. See Attached Order for Details. If all parties agree to the dates in the 26(f)report, the matter will be taken off calendar and no appearance by counsel will be required. (lca) (Entered: 05/01/2026) |
| 05/07/2026 | Ï 16 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Answer to Complaint 13 . The following error(s) was/were found: Local Rule 7.1−1 no notice of interested parties. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lom) (Entered: 05/07/2026) |
| 05/07/2026 | Ï 17 | CORPORATE DISCLOSURE STATEMENT filed by Defendant The Cincinnati Insurance Company identifying Cincinnati Financial Corp. as Corporate Parent. (Cheng, Tony) (Entered: 05/07/2026) |
| 05/22/2026 | Ï 18 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 4−5 days, filed by Plaintiff Erie Insurance Company.. (Attachments: # 1 Scheduling Worksheet)(Gauntlett, David) (Entered: 05/22/2026) |
| 05/26/2026 | Ï 19 | (IN CHAMBERS) ORDER CONTINUING SCHEDULING CONFERENCE by Judge Wesley L. Hsu: On its own motion, the Court hereby continues the Scheduling Conference set for 6/5/2026 to 7/17/2026 at 1:00 PM. The precise time of the hearing may change upon the issuance of the final calendar for that date. The hearing will proceed in−person at the First Street Courthouse, Courtroom 9B.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cgm) TEXT ONLY ENTRY (Entered: 05/26/2026) |
| 06/05/2026 | Ï 20 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Tennessee 14 filed by Plaintiff Erie Insurance Company. (Attachments: # 1 Declaration Of Jeffrey M. Ratinoff in Support of Opposition to Motion to Transfer)(Gauntlett, David) (Entered: 06/05/2026) |
| 06/12/2026 | Ï 21 | REPLY Support NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Tennessee 14 filed by Defendant The Cincinnati Insurance Company. (Attachments: # 1 Declaration Declaration of Tony J. Cheng In Support of Reply to Opposition to Motion to Transfer)(Cheng, Tony) (Entered: 06/12/2026) |
| 06/23/2026 | Ï 22 | MINUTES (IN CHAMBERS) ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE 14 by Judge Wesley L. Hsu. For the foregoing reasons, the Court GRANTS Defendant's Motion and TRANSFERS the action to the United States District Court for the Eastern District of Tennessee. MD JS−6. Case Terminated. (lom) (Entered: 06/23/2026) |